IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:19-cr-00053-5 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| | ) |
| JESSE WESTON | ) |

## ORDER

The Government's sealed Motion (Doc. No. 574) is GRANTED for the reasons stated on the record at the sentencing hearing held on September 28, 2020.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE